UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL AVILEZ EPSINOZA,<br><br>　　　　　　　　　　Defendant. | CASE NO: 2:23-CR-0030-TOR<br><br>ORDER GRANTING MOTION TO CONTINUE PRETRIAL AND TRIAL DATES |

BEFORE THE COURT is Defendant's Expedited Motion to Continue Pretrial and Jury Trial Date. ECF No. 50. The motion was noted for hearing without oral argument on an expedited basis. Having reviewed the docket and the files therein, the Court is fully informed.

Defendant is scheduled to appear before the Court on October 2, 2024, for a pretrial conference and a jury trial is scheduled to begin on October 15, 2024. He now moves, through counsel and unopposed by the government, for a 90-day continuance of those dates as well as the pretrial filing deadline. In support of the request, counsel explains that additional time is needed to analyze certain

ORDER GRANTING MOTION TO CONTINUE PRETRIAL AND TRIAL DATES ~ 1

electronic evidence and review that evidence with Defendant, who is in custody at the Benton County Jail, and otherwise prepare for trial. Defendant has waived his Speedy Trial rights through January 13, 2024. ECF No. 51. The Court finds that the Defendant requires additional time to investigate and prepare for trial, taking into account the exercise of due diligence, and that his interests would not be adequately represented without a continuance. Accordingly, the motion is granted.

IT IS HEREBY ORDERED:

1. The Motion to Continue Pretrial and Trial Dates (ECF No. 50) is **GRANTED.**

2. The pretrial conference scheduled for October 2, 2024, is vacated and continued to **January 8, 2025, at 11:00 a.m.**, in Spokane Courtroom 902. All substantive pre-trial motions, including motions *in limine* and *Daubert* motions, shall be filed and served on or before **December 11, 2024**, and noted for hearing at the pretrial conference. Any response to a substantive pre-trial motion shall be filed and served in accordance with Local Rule 7. If the Court determines an evidentiary hearing is appropriate, the Court will notify the parties of the date and time for such hearing. Motions to continue the pretrial conference and/or trial shall be filed **no later than seven (7) days prior** to said proceeding and **must include the following**: (1) specific and detailed reasons for the continuance to permit the Court to make the necessary findings; (2) the Defendant's signed Speedy Trial

ORDER GRANTING MOTION TO CONTINUE PRETRIAL AND TRIAL DATES ~ 2

1  waiver; (3) the position of opposing counsel, and if applicable, any co-Defendants;

2  and (4) a proposed new trial date or specific length of time. The Court's Speedy

3  Trial waiver form shall be used and can be found at:

4  http://www.waed.uscourts.gov/sites/default/files/forms/tor_speedy_trial_waiver_0.

5  pdf

6  **Absent good cause shown, continuances are not freely granted.**

7  3.  The jury trial currently scheduled for October 15, 2024, is vacated and

8  continued to **January 13, 2025, at 8:30 a.m.**, in **Spokane Courtroom 902**.

9  Counsel shall appear in court at 8:30 a.m. on the first day of trial to address any

10 pending pretrial issues. Jury selection will begin promptly at 9:00 a.m. Trial briefs,

11 proposed voir dire, jury instructions, verdict forms, exhibit lists, and expert witness

12 lists shall be filed and served by all parties on or before **seven (7) calendar days**

13 prior to trial.

14 4.  Pursuant to 18 U.S.C. § 3161(h)(7)(A), the time between **September**

15 **25, 2024**, until **January 13, 2025**, is DECLARED EXCLUDABLE for purposes of

16 computing time under the Speedy Trial Act. The Court finds that the ends of

17 justice served by such a continuance outweigh the interests of the public and

18 Defendant in a speedy trial.

19 5.  Counsel for the defense shall notify the Defendant and secure his

20 appearance at every scheduled hearing and trial.

ORDER GRANTING MOTION TO CONTINUE PRETRIAL AND TRIAL DATES ~ 3

1  IT IS SO ORDERED. The District Court Executive is directed to enter this
2  order and provide copies to counsel, the United States Probation Office, and the
3  United States Marshal's Service.
4  DATED September 26, 2024.



THOMAS O. RICE
United States District Judge

ORDER GRANTING MOTION TO CONTINUE PRETRIAL AND TRIAL DATES ~ 4