## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL AVILEZ ESPINOZA<br>　　　　　　　Defendant. | Case No.  2:23-CR-00030-TOR<br><br>CRIMINAL MINUTES<br><br>DATE:  6/11/2025<br><br>LOCATION:  Spokane<br><br>CHANGE OF PLEA HEARING |

**JUDGE THOMAS O. RICE**

| Lee Reams | | | Allison Anderson |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Ann Wick | | Lorinda Youngcourt | |
| **Government Counsel** | | **Defense Counsel** | |

[ X ] Open Court　　　　　　　　　　　　　[  ] US Probation Officer:

Defendant is present, in U.S. Marshal custody, and assisted by counsel.

An original signed Plea Agreement was provided to the Court.

No preliminary statements by either party.

Oath administered to Defendant for change of plea. The Court advised Defendant of rights given up by entering a guilty plea including the right to a jury trial and certain appeal rights. The Court confirmed Defendant's understanding of the elements and facts required to be proven to obtain a conviction and the maximum penalties.

Defendant pleaded guilty to Counts 2 and 4 of the Indictment and the Court accepted his plea as knowing and voluntary, finding Defendant fully competent and aware of the charges and the consequences of the plea.

Court reserved ruling on the binding nature of the parties 11(c)(1)(C) plea agreement.

The Court ordered a Presentence Investigation Report and set sentencing for **September 10, 2025, at 11:30 a.m.**

Court will enter a Preliminary Order of Forfeiture.

Defendant remanded to USMS custody pending sentencing.

| CONVENED: 10:27 AM | ADJOURNED: 10:39 AM | TIME: 12 MINS | [X] ORDER TO FOLLOW |
|---|---|---|---|