Lorinda Meier Youngcourt
Senior Litigator, IN 14411-49, WA 50998
Federal Defenders of Eastern WA & ID
601 W Riverside Ave., Suite 900 | Spokane, WA 99201
(509) 624-7606 | Lorinda_Youngcourt@fd.org
Counsel for Michael Avilez Espinoza

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

The Honorable Thomas O. Rice, U.S. District Court Judge

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:23-cr-30-TOR |
| v. | |
| MICHAEL AVILEZ ESPINOZA, | PSIR OBJECTIONS |
| Defendant. | |

PSIR OBJECTIONS - 1

MICHAEL AVILEZ ESPINOZA, by counsel, Lorinda Meier Youngcourt of the Federal Defenders of Eastern Washington and Idaho objects to paragraph 48 of the presentence investigation report.

### I.    4-Level increase under §2G2.1(b)(b).

Paragraph 48 applies a four-level increase under USSG §2G2.1(b)(4) finding the offense involved material that portrays sadistic or masochistic conduct or other depictions of violence.

The four-level increase does not apply in this case as there is no ***material*** (video or photograph) which portrays what H.F. described in her interview with law enforcement. What images do exist do not depict anal intercourse and H.F.'s face is not shown. Objectively, there is nothing depicted which elevates the images of a sexual act to sadistic or masochistic, thus warranting the enhancement.

The Sixth Circuit in *United States v. Corp*, 668 F.3d 379 (2012) emphasized that the determination of whether material portrays sadistic or masochistic conduct is an objective inquiry. Courts must assess the content of the material itself, considering whether an objective viewer would perceive the depicted activity as inflicting physical pain, emotional suffering, or humiliation on a minor, without regard to the actual circumstances or intentions of those involved. Similarly, the Fifth Circuit in *United States v. Nesmith*, 866 F.3d 677 (5th Cir. 2017) and other circuits have upheld this objective standard. *United States v. Johnson*, 784 F.3d 1070, 1074 (7th Cir. 2015).

PSIR Objections - 2

The closest the Ninth Circuit has come to addressing this issue was to hold that images involving an adult male penetrating a prepubescent child is sadistic or masochistic because the conduct depicted "necessarily hurt the child." *United States v. Reardon*, 349 F.3d, 608, 614-616 (9th Cir. 2003). H.F. was 16 years of age when the photos were made and thus not prepubescent. H.F.'s face is not shown thus there is nothing depicting pain or emotional suffering.

## II. Reserving objections to criminal history score

Th defense has requested copies of the criminal court judgments for the convictions set out in paragraphs 109, 110, 113, 117, and 122. He reserves the right to object to the scoring if those records do not support the points assigned.

## III. Guideline Provision of 720 months.

Mr. Espinoza objects to paragraph 219, in which probation reports that the United States Guideline provides for custody of 720-months.

Dated: August 22, 2025

*/s/Lorinda Meier Youngcourt*
Lorinda Meier Youngcourt
Counsel for Michael Avilez Espinoza

## Certificate of Service

I certify that on August 22, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify all counsel of record.

*/s/Lorinda Meier Youngcourt*
Lorinda Meier Youngcourt

PSIR Objections - 3