# Exhibit C

My name is Markos, and I am writing regarding my brother, Michael. Thank you for taking the time to read this letter. I hope to offer some background about the kind of person he is and the challenges he has overcome in his life.

Michael and I did not have an easy childhood. We grew up struggling with periods of homelessness and time spent in foster care and juvenile detention. We didn't have the stability and guidance that most children receive. Because of that we struggled and had to overcome a lot of things growing up.

The one thing he always dreamed of was having a family of his own one day. A family he could protect, provide for, and love in ways that he didn't always receive growing up.

When Michael became a father, that dream became real for him, and he devoted himself to his children. He would take them on trips, spend weekends with them, and work hard to make sure they had what they needed. He did everything he could to give them the secure and joyful childhood that he never had. His children are his purpose, and he has always built his life around being there for them.

Michael made a mistake. He understands the seriousness of the situation, and he is prepared to accept responsibility for his actions. He is not asking to be excused from the consequences. The one thing he fears most is being kept away from his children for an extended period of time, because he knows how much they depend on him emotionally and how deeply they love him.

I respectfully ask that you consider his background and the role he plays in his children's lives when determining his sentence. He fought hard to break cycles of instability, and being present for his children is the most meaningful part of his life. A lengthy sentence would not only affect him but would have a lasting impact on his children as well as my family and especially my dad, who is 87 years old now.

Thank you for your time and consideration.

Sincerely,

Markos Espinoza